**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DON BURNS AND** | § | **CASE NO. 09-31683** |
| **SHERRY BURNS** | § | |
| | § | |
| **DEBORAH DOWNING** | § | |
| | § | |
| **v.** | § | **ADV. NO.  09-3209** |
| | § | |
| **DONALD BURNS and CHERYL** | § | |
| **BURNS** | | |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Deborah Downing hereby submits her Exhibit List to be introduced at trial:

| Exhibit No. | Description | Mark | Offer | Object | Admit | Date | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|---|
| 1 | Letter from William Rohrbach to Deborah Downing dated 11/16/2006 (Bates Nos. 000001 – 000002) | | | | | | | |
| 2 | Letter from Deborah Downing to William Rohrbach (Bates No. 000013) | | | | | | | |
| 3 | Procedures Instructions (Bates Nos. 000003 – 000006) | | | | | | | |
| 4 | Sample handwritten notes (Bates Nos. 000007 – 000010) | | | | | | | |
| 5 | Redacted Office Manual | | | | | | | |
| 6 | Written statement from Lali Castillo (Bates No. 000012) | | | | | | | |
| 7 | Written statement from Christine Frank Fuentes (Bates No. 000011) | | | | | | | |

| 8  | Resume of Deborah Downing (Bates No. 000014) |  |  |  |  |  |  |  |
|----|-----------------------------------------------|--|--|--|--|--|--|--|
| 9  | Deborah Downing's Job Search (Bates Nos. 000015 – 000017) |  |  |  |  |  |  |  |
| 10 | Deborah Downing's notes of job search (Bates Nos. 000020 – 000021) |  |  |  |  |  |  |  |
| 11 | Deborah Downing's W-2 forms (Bates Nos. 000022 – 000025) |  |  |  |  |  |  |  |
| 12 | Deborah Downing's Damages Calculations |  |  |  |  |  |  |  |
| 13 | Final Judgment Not Withstanding The Verdict |  |  |  |  |  |  |  |
| 14 | Jury Charge |  |  |  |  |  |  |  |