IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| DON BURNS AND SHERRY BURNS | § § § § | CASE NO. 09-31683 |
| DEBORAH DOWNING | § § | |
| v. | § § | ADV. NO. 09-3209 |
| DONALD BURNS and CHERYL BURNS | § | |

**PLAINTIFF'S WITNESS LIST**

___

1. Deborah Downing
   903 Sugardale Court
   Sugar Land, Texas 77478
   (281) 242-4768

2. Ms. Christine Frank Fuentes
   8603 Saratoga Drive
   Sugar Land, TX 77479
   281.340.4138 (w) or 281.507.3150 (cell)
   281.937.9197 (h)

3. Ms. Andrea "Andi" St. Jean
   7319 Summer Trail Dr.
   Sugar Land, TX 77479
   713.409.5396 (w) or 281.265.0000 (w)
   281.545.8265 (h)

4. Ms. Bernadette Hurley
   2006 Ravenscrest Dr.
   Sugar Land, TX 77478
   281.340.4170 (w) or 281.265.0000(w)
   281.565.5739 (h)

5. Ms. Lali Castillo
   Appearing by Video Deposition

6. Don Burns
   c/o Mills & Henshaw PLLC

        11767 Katy Freeway, Suite 820
        Houston, TX 77079
        (281) 497-2650
        (281) 497-2690 (Fax)

7.      Sherry Burns
        c/o Mills & Henshaw PLLC
        11767 Katy Freeway, Suite 820
        Houston, TX 77079
        (281) 497-2650
        (281) 497-2690 (Fax)